**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01172-RBJ

ROOF AMERICA CORPORATION,
A NEVADA CORPORATION AND REGISTERED IN COLORADO AS A FOREIGN CORPORATION,,

    Plaintiff,

v.

JOSEPH MORALES,
 individually and in his official capacity as Chief Deputy District Attorney of The City and County of Denver, Colorado

AND

MITCHELL R. MORRISSEY,
 as the District Attorney of The City and County of Denver, Colorado,

    Defendant.

---

## FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order at docket entry 23, of Judge R. Brooke Jackson entered on 1/20/2015, judgment will enter in favor of the defendant dismissing the case and all claims therein. The defendant is **AWARDED** costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

    Dated at Denver, Colorado this 20th day of January, 2015.

                                          FOR THE COURT:
                                          JEFFREY P. COLWELL, CLERK

By: s/  T.Schaffer
T.Schaffer
Deputy Clerk